# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1225EM

_____

|  |  |  |
|---|---|---|
| In re: Balsam Corporation, | * | |
| | * | |
| Debtor, | * | |
| | * | |
| _____ | * | |
| | * | |
| United States of America, | * | |
| | * | |
| Claimant-Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Missouri. |
| Balsam Corporation; | * | |
| | * | [UNPUBLISHED] |
| Debtor-Appellee, | * | |
| | * | |
| Procedo International Gesellschaft Fur | * | |
| Exportfactoring MBH, | * | |
| | * | |
| Claimant-Appellee. | * | |

_____

Submitted:  September 24, 1998
Filed:  September 30, 1998

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

The Government appeals following the district court's affirmance of the bankruptcy court's denial of the Internal Revenue Service's effort to reclaim a refund for a deferred tax loss as an administrative expense. Having reviewed the record and the parties' submissions, we believe the district court's decision was correct and we affirm for the reasons stated in the district court's memorandum and order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.